UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. MORGAN, III,

        Plaintiff,                Case no. 14-10488
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's report and recommendation, filed January 21, 2015. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: February 11, 2015

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 11, 2015, using the ECF system.

                                                  s/William Barkholz
                                                  Case Manager